**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**AMANDA K. VIRDEN**                                                                        **PLAINTIFF**

**v.**                          **CASE NO. 5:19-CV-00318-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                           **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 17] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE