IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AMANDA K. VIRDEN                                                                          PLAINTIFF

v.                              CASE NO. 5:19-CV-00318-BSM

SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE